IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | CASE NO.: 1:07-MJ-041-TFM |
| | ) | |
| v. | ) | |
| | ) | |
| BENIGNO VALENCIA GALVAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**COMES NOW** the undersigned counsel, Robert I. Hinson, of the firm of Ludlum & Gil, LLC, and hereby enters his appearance on behalf of the Defendant in the above-referenced case.

Respectfully submitted, this the 30th day of April 2007.

s/Robert I. Hinson [HIN-033]
Attorney for the Defendant

OF COUNSEL:
Ludlum & Gil, LLC
1752 Whatley Drive
Dothan, AL 36303
Tel: (334) 673-0100
FAX: (334) 836-1492

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing, *Entry of Appearance,* on counsel for the Plaintiff, by placing a copy of the same in the United States Mail, first class, postage prepaid, and properly addressed this 30th day of April 2007 to the following:

Christa Deegan, Esq.
United States Attorney's Office
Middle District of Alabama
One Court Square
Suite 201
Montgomery, Alabama 36104

s/Robert I. Hinson
OF COUNSEL