**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 25, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: USA vs. Benigno Valencia-Galvan

Case Number: 1:07mj41-TMF

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 5/23/07 in accordance with amended Federal Rules of Civil Procedure 5(e). Reference is made to Document #14    filed on 5/23/07.**

   **Motion to Withdraw as Attorney by Robert I. Hinson should have been filed in the Criminal Case 1:07cr110-WHA instead of 1:07mj41-TFM.**

   **Felony Information was filed on 5/15/07 and Magistrate Case 1:07mj41-TFM was merged into 1:07cr110-WHA.**

   **Attorney is directed to re-file the Motion to Withdraw in 1:07cr110-WHA.**